UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TERESA BARRY,
      Plaintiff,

v.

JAMES P. O'GRADY, et al.,
      Defendant.

Case No. 2:14-cv-2693
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on Defendants' Motions to Dismiss (ECF Nos. 8, 9, 10, 11). Since those motions were filed, Plaintiff filed an Amended Complaint (ECF No. 12) and argued that the filing of the Amended Complaint rendered the Motions to Dismiss moot (ECF No. 14). Defendants have not responded to this argument. It appears to the Court that Defendants' Motions to Dismiss are moot. Therefore, the Court will **DENY WITHOUT PREJUDICE TO REFILING** Defendants' Motions to Dismiss (ECF Nos. 8, 9, 10, 11).

    IT IS SO ORDERED.

_8-3-2011_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1