# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERESA BARRY,**

      **Plaintiff,**

v.

**JAMES P. O'GRADY,** *et al.*,

      **Defendants.**

Case No. 2:14-cv-2693
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Stay. (ECF No. 149). Counsel represents that the parties have reached a final settlement agreement in this litigation. The Columbus City Attorney's Office recommends the settlement agreement, which will be presented to the Columbus City Council for approval. Counsel jointly move for a stay of this litigation pending approval of the settlement by City Council.

For good cause shown, the parties' Motion is **GRANTED** (ECF No. 149). The case is hereby **STAYED** pending City Council's approval of the parties' final settlement agreement.

**IT IS SO ORDERED.**

1-28-2019
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**